√#115  # 129606

FILED
JUN 23 PM 2:12

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: BARBOZA, ROBERT L.  
                      Debtor(s).

Case No. 09-30201

Chapter 7

Judge: RICHARD L. SPEER

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| PYOD LLC<br>c/o Resurgent Capital Services | P.O. Box 19008<br>Greenville, SC 29602 | $3.41 |

Check for $3.41 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 6/22/2011

_____  
John N. Graham, Trustee